No. 316. EL PASO & SOUTHWESTERN RAILROAD COMPANY *v.* ROBERT L. LOVICK. Error to the Supreme Court

660 OCTOBER TERM, 1920.

Cases Disposed of Without Consideration by the Court. 254 U. S.

of the State of Texas. October 11, 1920. Dismissed with costs, per stipulation. *Mr. William R. Harr, Mr. W. A. Hawkins* and *Mr. C. H. Bates* for plaintiff in error. *Mr. Winbourn Pearce* and *Mr. A. L. Curtis* for defendant in error.